UNITED STATES DISTRICT COURT
EASTERN   DISTRICT OF LOUISIANA

CHARLOTTE L. THOMAS                                    CIVIL ACTION

VERSUS

SYNERGY, INC.

                                                      TRIAL BY JURY

# COMPLAINT

## JURISDICTION AND VENUE

### 1.

Plaintiff invokes this Court's jurisdiction pursuant to 42 USC § 2000e-5 and   28 USC § 1343(4).

### 2.

The  alleged  unlawful  employment  practices  alleged   were  and  are  being committed within the Eastern  District of Louisiana.

**PARTIES**

3.

Plaintiff is a citizen of the United States and a resident of Washington Parish, Louisiana. Plaintiff was employed by defendant at all times relevant to the allegations set forth in this complaint.

4.

Defendant SYNERGY, INC. is a foreign corporation authorized to do and doing business in this state as SENIOR HOME CARE, INC., SYNERGY HOME CARE, and SENIOR HOME CARE. non-profit corporation. Defendant employs more than fifteen employees. Plaintiff was employed by defendant at its business location in Saint Tammany Parish, Louisiana.

**ADMINISTRATIVE PROCEDURES**

5.

Plaintiff filed a charge of employment discrimination with the District Office of the Equal Employment Opportunity Commission("EEOC"). The EEOC issued a right to sue letter to the plaintiff.

## ALLEGATIONS OF FACT

6.

Plaintiff  became employed by the defendant on or about  September 20, 2010 as a Home Health Licensed Practical Nurse at an hourly rate of $21.00 per hour.

7.

Plaintiff learned that similarly situated  employees who were white were being paid $25.00 per hour.

8.

Plaintiff complained to defendant about the inequality in pay.

9.

After complaining about the inequality in pay, plaintiff was harassed by defendant's employees.

10.

On or about April 13, 2011, plaintiff signed and filed a charge of discrimination, charge number 461-2011-01136.

11.

On August 24, 2011, defendant terminated plaintiff's employment because plaintiff's position was eliminated.

12.

On or about September 12, 2011, plaintiff filed a second charge of discrimination, charge number 461-2011-01743.

13.

Defendant continued to seek applicant's for plaintiff's position following plaintiff's termination.

## FIRST CAUSE OF ACTION
## TITLE VII VIOLATION

14.

Defendant violated Title VII because the plaintiff was in the protected group, was qualified to do, and was doing the work in a satisfactory manner, was terminated, and defendant was motivated by illegal discrimination because of race.

15.

The defendant violated Title VII by retaliating against plaintiff for having filed a charge of discrimination with the EEOC.

16.

Plaintiff is entitled to general and special compensatory damages, back pay, benefits, reinstatement, frontpay, reasonable attorney's fees, and court costs.

## PRAYER FOR RELIEF

WHEREFORE plaintiff prays that this court:

(1)     Declare that the employment practices complained of are unlawful;

(2)     Permanently enjoin the defendant, its agents, officers, and employees from engaging in all practices found by this court to be in violation of the law;

(3) Order reinstatement of the plaintiff, together with an award of all salary, benefits, seniority and all other employment emoluments plaintiff would have received absent unlawful discrimination from date of termination until time of trial; or

(4)     In lieu of reinstatement, that the court award:
   (a)     backpay from date of termination to time of trial;
   (b)     front pay;
   (c)     future loss of earnings and/or past, present and future compensatory damages, general damages, and all other relief available pursuant to the State Anti-Discrimination Law;

(5)     Order the defendants to make the plaintiff whole by paying such monetary and non-monetary benefits in amounts to be proved at trial but in all events, more than Ten Thousand Dollars($10,000.00);

5

(6)     Retain jurisdiction over this action to insure full compliance with the Court's orders, and require the defendant to file such reports as the Court deems necessary to insure compliance;

(7)     Order the defendants to pay plaintiff's costs and expenses and reasonable attorneys' fees as provided by law;

(8)     Award pre-judgment interest as provided by law;

(9)     Grant such other and further relief to the plaintiff as the Court deems just and proper.

(10)   Grant a trial by jury.

## HOGAN & HOGAN

*Thomas J. Hogan, Jr.*

_____
THOMAS J. HOGAN, JR., T.A.
Bar Roll No. 06908
Attorney for Plaintiff
P. O. Box 1274
Hammond, LA 70404
(985)542-7730


Attorney for plaintiff

UNITED STATES DISTRICT COURT
EASTERN   DISTRICT OF LOUISIANA

CHARLOTTE L. THOMAS                              CIVIL ACTION

VERSUS

SYNERGY, INC.

                                                 TRIAL BY JURY

**DEMAND FOR TRIAL BY JURY**

Plaintiff demands trial by jury.

HOGAN & HOGAN

*Thomas J. Hogan, Jr.*

THOMAS J. HOGAN, JR., T.A.
Bar Roll No. 06908
P. O. Box 1274
Hammond, LA 70404
(985)542-7730

Attorney for plaintiff

7